IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MATTHEW JOHNSON, Inmate #K64656,** | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) **CIVIL NO. 04-222-MJR** ) |
| **ILLINOIS DEPARTMENT OF CORRECTIONS,** *et al.*, | ) ) ) |
| **Defendants.** | ) ) |

## ORDER

**REAGAN, District Judge:**

      Currently pending before the Court are Plaintiff's motions for status hearings (Docs. 18 and 19). The Court has now completed its threshold review of the action, has ordered service on the Defendants, and has referred the case to a United States Magistrate Judge for further proceedings. Accordingly, these motions (Docs. 18 and 19) are **DENIED** as moot.

      **IT IS SO ORDERED.**

      **DATED this 22nd day of March, 2006.**

                                       **s/ Michael J. Reagan**
                                       **MICHAEL J. REAGAN**
                                       **United States District Judge**